UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG - 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| DAVID M. COIA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08 1354 |
| VETERANS ADMINISTRATION | ) |
| Defendant. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that this complaint be DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

Date: July 30, 2008

United States District Judge